# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JESUS CASAREZ, Individually and on
Behalf of All Others Similarly Situated,**

   **Plaintiff,**        **Case No. 2:17-cv-1086**
                  **JUDGE EDMUND A. SARGUS, JR.**
**v.**                **Magistrate Judge Kimberly Jolson**

**PRODUCERS SERVICE,
CORPORATION,**

   **Defendant.**

## ORDER

   The parties have filed a Joint Motion to Substitute Keith Jones as Named Plaintiff and to

Cancel Show Cause Hearing.  (ECF No. 129.)  For good cause shown, that Motion is

**GRANTED**.  The Show Cause Hearing was **VACATED** and, for the reasons set forth in the

Motion, Keith Jones is **SUBSTITUED** as the representative of the collective class.

   **IT IS SO ORDERED.**


**2/1/2023**            **s/Edmund A. Sargus,**
**DATE**             **EDMUND A. SARGUS, JR.**
               **UNITED STATES DISTRICT JUDGE**