UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-3247

KEITH JONES, individually and on behalf of all others similarly situated,

    Plaintiff - Appellee,

    v.

PRODUCERS SERVICE CORPORATION,

    Defendant - Appellant.

**FILED**
Mar 06, 2024
KELLY L. STEPHENS, Clerk

Before:  GIBBONS, BUSH, and DAVIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Columbus.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED IN PART, REVERSED IN PART, VACATED IN PART, and REMANDED for further proceedings consistent with the opinion of this court.

                              **ENTERED BY ORDER OF THE COURT**

                              Kelly L. Stephens, Clerk