**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JESUS CASAREZ,**
**Individually and on Behalf of All Others Similarly Situated,**
    **Plaintiff,**

  **v.**              **Case Number 2:17-cv-1086**
                  **Judge Edmund A. Sargus, Jr.**

**PRODUCERS SERVICE CORPATION,**
    **Defendant.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:  Telephone Conference

TYPE OF PROCEEDING: **Telephone Conference**

**TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **April 10, 2024 at 10:00 a.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**

                **EDMUND A. SARGUS, JR.**
                **UNITED STATES DISTRICT JUDGE**

DATE: April 1, 2024

                 /s / Christin M. Werner
               (By) Christin M. Werner, Deputy Clerk