**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Keith Jones, Individually and on Behalf, of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | Case No. 2:17-cv-1086 |
| v. | : : | JUDGE EDMUND A. SARGUS, JR. |
| Producers Service Corporation, | : : | Magistrate Judge Jolson |
| Defendant. | : | |

**DEFENDANT PRODUCERS SERVICE CORPORATION'S
NOTICE OF SUBSTITUTION AND APPEARANCE OF COUNSEL**

Please take notice that Nicholas S. Bobb of the law firm of Kegler, Brown, Hill + Ritter (hereafter "Kegler Brown") hereby enters his notice of appearance and substitution for Jason H. Beehler and Jane Gleaves as counsel of record and trial attorney for Defendant Producers Service Corporation ("Defendant") in the above-captioned matter. Mr. Bobb will be appearing in addition to attorneys Brendan P. Feheley and Danielle M. Crane on behalf of said Defendant. Mr. Beehler and Ms. Gleaves are no longer with the Kegler Brown law firm and therefore we request that they be removed from all future mailings and notices. Said substitution is with the client's knowledge and consent.

Respectfully submitted,

/s/ Nicholas S. Bobb
Nicholas S. Bobb       (0090537) Trial Attorney
Brendan P. Feheley     (0079107)
Danielle M. Crane      (0098994)
Kegler, Brown, Hill + Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400 | (614) 464-2634 (fax)
nbobb@keglerbrown.com

105233\000010\4863-6268-2803v1

bfeheley@keglerbrown.com
dcrane@keglerbrown.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, a true and accurate copy of the foregoing was filed via the Court's Electronic Filing System, which shall send notification of this filing to all counsel of record.

/s/ Nicholas S. Bobb
Nicholas S. Bobb    (0090537)

105233\000010\4863-6268-2803v1