**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JESUS CASAREZ,**
**Individually and on Behalf of All Others Similarly Situated,**
                              **Plaintiff,**

      **v.**                                    **Case Number 2:17-cv-1086**
                                                        **Judge Edmund A. Sargus, Jr.**

**PRODUCERS SERVICE CORPATION,**
                              **Defendant.**

---

**TAKE NOTICE**  that a proceeding in this case has been set for the place, date and time set forth below:

Place:           Telephone Conference

TYPE OF PROCEEDING: **Telephone Conference**

**TAKE NOTICE** that a  Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **April 15, 2024 at 1:30 p.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**


                              **EDMUND A. SARGUS, JR.**
                              **UNITED STATES DISTRICT JUDGE**

DATE:  April 9, 2024


                              ___/s /   Christin M. Werner___
                              (By) Christin M. Werner, Deputy Clerk