UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEITH JONES,**

        **Plaintiff,**                           **Case No. 2:17-cv-1086**

    **v.**                                     **Judge Edmund A. Sargus, Jr.**
                                            **Magistrate Judge Kimberly A. Jolson**

**PRODUCERS SERVICE**
**CORPORATION,**

        **Defendant.**

## ORDER

This matter is before the Court on the Parties' Status Conference held on April 15, 2024. (ECF No. 140.) During that Conference, Plaintiff raised the issue of consolidating this case with the related case *Nathan Andrews v. Producers Service Corporation* (2:19-cv-2514). Defendant is **DIRECTED** to file its response indicating whether it opposes the consolidation of the two cases within **TEN DAYS** of the date of this Order.

Further, consistent with the United States Court of Appeals for the Sixth Circuit's Opinion and Mandate, the Clerk is **DIRECTED** to **VACATE IN PART** the Consent Judgment (ECF No. 133) and **REOPEN** this case.

        **IT IS SO ORDERED.**

**4/16/2024**                                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**