# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Jesus Casarez, Individually and on Behalf, | : | |
| of All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:17-cv-1086 |
| v. | : | |
| | : | Judge Sargus |
| Producers Service Corporation, | : | |
| | : | Magistrate Judge Jolson |
| Defendant. | : | |

## CONSENT TO CONSOLIDATE

Now comes Defendant Producers Services Corporation, by and through counsel, and hereby consents to Plaintiffs' request to consolidate this matter with the case currenting pending in this Court styled: Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, v. Producers Services Corporation; Case No. 2:19-cv-02514.

Respectfully submitted,

*/s/ Danielle M. Crane*
Nicholas S. Bobb       (0090537) Trial Attorney
Brendan P. Feheley    (0079107)
Danielle M. Crane      (0098994)
Kegler, Brown, Hill + Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400 | (614) 464-2634 (fax)
nbobb@keglerbrown.com
bfeheley@keglerbrown.com
dcrane@keglerbrown.com
Counsel for Defendant
Producers Services Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, a true and accurate copy of the foregoing was filed via the Court's Electronic Filing System, which shall send notification of this filing to all counsel of record.

/s/ *Danielle M. Crane*
Danielle M. Crane     (0098994)