**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

KEITH JONES,

        **Plaintiff,**                       **Case No. 2:17-cv-1086**
     **v.**                               **Judge Edmund A. Sargus, Jr.**
                                      **Magistrate Judge Kimberly A. Jolson**

PRODUCERS SERVICE
CORPORATION,

        **Defendant.**

---

  NATHAN ANDREWS,

        **Plaintiff,**
     **v.**                             **Case No. 2:19-cv-2514**
                                   **Judge Edmund A. Sargus, Jr.**
  PRODUCERS SERVICE                  **Magistrate Judge Kimberly A. Jolson**
  CORPORATION,

        **Defendant.**

### <u>ORDER</u>

During the Status Conference held on April 15, 2024 (ECF No. 141), the Parties expressed a desire to participate in mediation. Accordingly, this case is referred to mediation before Charles A. Schneider. The Parties shall contact Mr. Schneider via email (cschneider@isaacwiles.com) to schedule the mediation. The Parties are **ORDERED** to conduct mediation within **60 DAYS** of the date of this Order. The Parties are further **ORDERED** to file a joint status report within **SEVEN (7) DAYS** of the date of their mediation, updating the Court on whether this case is proceeding and proposing a discovery schedule.

     **IT IS SO ORDERED.**

**6/3/2024**                                **s/Edmund A. Sargus, Jr.**
**DATE**                                  **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**