# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : |
| and | : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086<br>: 2:19-cv-2514 |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. |
| v. | : Magistrate Judge Kimberly A. Jolson |
| Producers Service Corporation, | : |
| Defendant. | : |

## ORDER

The Parties are **ORDERED** to conduct mediation with Charles A. Schneider **on or before SEPTEMBER 2, 2024**.  The Parties are further **ORDERED** to file a joint status report within **SEVEN (7) DAYS** of the date of their mediation, updating the Court on whether this case is proceeding and prosing a discovery schedule.

IT IS SO ORDERED.

_____  
**DATE**

/s/_____  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**

105233\000010\4860-6287-8418v2