# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | |
| and | |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:17-cv-1086<br>2:19-cv-2514 |
| Plaintiffs, | Judge Edmund A. Sargus Jr. |
| v. | Magistrate Judge Kimberly A. Jolson |
| Producers Service Corporation, | |
| Defendant. | |

## ORDER

This matter is before the Court on the parties' Joint Motions for Extension of Time to Conduct Mediation (Case No: 2:17-cv-1086, Doc. 146; Case No: 2:19-cv-2514, Doc. 59). For good cause shown, the Motions are **GRANTED**. The Parties are **ORDERED** to conduct mediation with Charles A. Schneider **on or before SEPTEMBER 2, 2024**. The Parties are further **ORDERED** to file a joint status report within **SEVEN (7) DAYS** of the date of their mediation, updating the Court on whether this case is proceeding and proposing a discovery schedule.

IT IS SO ORDERED.

Date: July 25, 2024

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE