# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : <br> : <br> : |
| and | : <br> : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086 <br> : 2:19-cv-2514 <br> : |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. <br> : <br> : Magistrate Judge Kimberly A. Jolson |
| v. | : <br> : |
| Producers Service Corporation, | : <br> : |
| Defendant. | : |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiffs and Defendant submit this Joint Status Report and Notice of Settlement to apprise the Court that on October 15, 2024, with the assistance of mediator Charles A. Schneider, Esq., the parties were able to reach a liability-only settlement in principle that will resolve Plaintiffs' alleged unpaid wages and liquidated damages. The parties are in the process of finalizing liability settlement documents and expect to file a Joint Motion for Approval of Liability Settlement within 30 days of the filing of this Joint Report. If the parties cannot agree on costs and a reasonable fee, Plaintiffs will file a petition for an award of attorney's fees and costs within 30 days following dismissal of Plaintiffs' liability claims. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb       (0090537) | Josh Sanford, Esq. |
| Brendan P. Feheley    (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane      (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sandordlawfirm.com |
| PH: (614) 462-5400 \| (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |