# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : |
| and | : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086<br>:     2:19-cv-2514 |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. |
| v. | : Magistrate Judge Kimberly A. Jolson |
| Producers Service Corporation, | : |
| Defendant. | : |

## JOINT STATUS REPORT ON SETTLMENT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement finalization:

1. As previously reported, the parties have reached a liability-only settlement in principle that will resolve Plaintiffs' alleged unpaid wages and liquidated damages.

2. Defendant has prepared and sent an initial draft of the settlement agreement to Plaintiffs' counsel. Plaintiffs' counsel has reviewed the draft, proposed edits, and returned the revised draft to Defendant for further review. The parties are currently engaged in this review process and continue to work collaboratively to finalize the settlement agreement.

3. Despite their diligent work, the parties require additional time to finalize and execute the necessary documents.

4. In light of their progress, the parties request that all deadlines remain stayed pending finalization of their settlement.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb     (0090537) | Josh Sanford, Esq. |
| Brendan P. Feheley    (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane     (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sandordlawfirm.com |
| PH: (614) 462-5400 \| (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |