# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : :  : |
| and | : : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086 : 2:19-cv-2514 : |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. : : Magistrate Judge Kimberly A. Jolson |
| v. | : : |
| Producers Service Corporation, | : : |
| Defendant. | : |

## JOINT STATUS REPORT ON SETTLMENT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement finalization:

1. As previously reported, the parties have been working diligently to prepare and finalize an agreement as to their liability-only settlement.

2. The parties have now finalized and fully executed the settlement agreement.

3. A draft motion for approval of the settlement has been prepared; however, additional time is necessary to complete a thorough review and finalize it for the Court's consideration.

4. In light of these ongoing efforts, the parties respectfully request that all deadlines remain stayed to allow for the finalization and submission of the motion for approval.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb    (0090537) | Josh Sanford, Esq. |
| Brendan P. Feheley    (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane    (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sandordlawfirm.com |
| PH: (614) 462-5400 | (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |