# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : |
| and | : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086 |
| | : 2:19-cv-2514 |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. |
| | : Magistrate Judge Kimberly A. Jolson |
| v. | : |
| Producers Service Corporation, | : |
| Defendant. | : |

## JOINT STATUS REPORT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement and the remaining issues in this case. The Parties are in the process of negotiating Plaintiffs' attorneys' fees. A demand has been made by the Plaintiffs, and Defendant has countered. Negotiations remain ongoing. If negotiations reach an impasse, the Parties will submit a motion on liability to the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford (per Email authorization 6/23/25)* |
| Nicholas S. Bobb (0090537) | Josh Sanford, Esq. |
| Brendan P. Feheley (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sandordlawfirm.com |
| PH: (614) 462-5400 \| (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |