# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : |
| and | : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086<br>: 2:19-cv-2514 |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. |
| v. | : Magistrate Judge Kimberly A. Jolson |
| Producers Service Corporation, | : |
| Defendant. | : |

## JOINT STATUS REPORT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement in this case. The Parties reached agreement on the issue of attorneys' fees at the August 26, 2025, mediation with Charles Schneider. The Parties anticipate submitting dismissal papers within 30 days of that date, by September 25, 2025.

The Parties acknowledge that this update is being submitted after the Court's deadline and regret any inconvenience caused. The delay resulted from a misunderstanding regarding whether the Court had been notified of the settlement. The Parties apologize for the oversight and appreciate the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb	(0090537) | Josh Sanford |
| Brendan P. Feheley	(0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane	(0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sanfordlawfirm.com |
| PH: (614) 462-5400 | (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |