# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | |
| and | |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:17-cv-1086<br>2:19-cv-2514 |
| Plaintiffs, | Judge Edmund A. Sargus Jr. |
| v. | Magistrate Judge Kimberly A. Jolson |
| Producers Service Corporation, | |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement in this case. Since the Parties' prior report, a draft settlement agreement concerning attorneys' fees and costs has been prepared and is currently under review by the Parties. The Parties anticipate finalizing the agreement and executing it shortly, after which they will promptly file dismissal papers with the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb      (0090537) | Josh Sanford |
| Brendan P. Feheley    (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane     (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sanfordlawfirm.com |
| PH: (614) 462-5400 \| (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |