# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : : : |
| and | : : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| Producers Service Corporation, | : : |
| Defendant. | : |

Case No. 2:17-cv-1086
2:19-cv-2514

Judge Edmund A. Sargus Jr.

Magistrate Judge Kimberly A. Jolson

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties having resolved this case, the case and all claims are hereby dismissed pursuant to Civ.R. 41(a)(1)(A)(ii), with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Danielle M. Crane | /s/ Josh Sanford |
| Nicholas S. Bobb     (0090537) | Josh Sanford |
| Brendan P. Feheley   (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane    (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sanfordlawfirm.com |
| PH: (614) 462-5400 \| (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record were served with this Joint Stipulation of Dismissal with Prejudice via the Court's Electronic Filing System.

*/s/ Josh Sanford*
Josh Sanford